IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV391 |
| | ) | |
| v. | ) | |
| | ) | |
| CREDIT MANAGEMENT SERVICES, INC., JASON MORLEDGE, MEGAN L. BISCHOFF, and MICHAEL MORLEDGE, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      This matter is before the Court on the stipulation for extension of time (Filing No. 11).  The Court finds the stipulation should be approved and adopted.  Accordingly,

      IT IS ORDERED that the stipulation of the parties is approved and adopted.  All defendants shall have until April 15, 2015, to respond to plaintiff's first amended complaint.

      DATED this 30th day of March, 2015.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court