# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

_____

|  |  |  |
|---|---|---|
| KENNETH REYNOLDS, | ) | |
| | ) | Case No. 8:14CV391 |
| Plaintiff, | ) | |
| | ) | **ORDER APPROVING** |
| vs. | ) | **JOINT STIPULATION** |
| | ) | **FOR EXTENSION OF** |
| CREDIT MANAGEMENT | ) | **BRIEFING DEADLINES** |
| SERVICES, INC., MICHEAL | ) | |
| MORLEDGE, JASON MORLEDGE, | ) | |
| and MEGAN L. BISCHOFF, | ) | |
| | ) | |
| Defendants. | ) | |

_____

This matter is before the Court on the Parties' Joint Stipulation to extend certain briefing deadlines. (Filing No. 63).  The Court finds that the Stipulation should be granted.  Accordingly,

IT IS ORDERED:

1)  Defendants' Reply in Support of Summary Judgment (Filing No. 48) will be due October 21, 2015.

2)  Defendants' Opposition Brief to Plaintiff's Motion for Partial Summary Judgment (Filing No. 59) will be due on October 21, 2015, both of Defendants' Briefs may be filed as a single document.

3) Plaintiff's Reply Brief in Support of Motion for Partial Summary

Judgment (Filing No. 59) will be due November 19, 2015.

DATED this 15th day of October, 2015

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court