IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV391 |
| | ) | |
| v. | ) | |
| | ) | |
| CREDIT MANAGEMENT SERVICES, INC., JASON MORLEDGE, MEGAN L. BISCHOFF, and MICHAEL MORLEDGE, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to extend deadline for designation of experts (Filing No. 71). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The parties shall have sixty (60) days from the date the Court rules on the motions for class certification and summary judgment to designate expert witnesses and furnish reports to opposing counsel.

DATED this 1st day of December, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court