IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV391 |
| | ) | |
| v. | ) | |
| | ) | |
| CREDIT MANAGEMENT SERVICES, INC., JASON MORLEDGE, MEGAN L. BISCHOFF, and MICHAEL MORLEDGE, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation of dismissal with prejudice (Filing No. 102). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted.

2) This action is dismissed with prejudice, without costs, disbursements or attorneys' fees to any party except to the extent provided in the parties' settlement agreement.

DATED this 23rd day of May, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court